IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS LULE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-cv-950 |
| | § | |
| MELVIN WILLIAMS, | § | |
| *Defendant*. | § | |

### CERTIFICATE OF INTERESTED PERSONS

Plaintiff certifies that all persons, associations of persons, firms, partnerships, guarantors, insurers, affiliates, parent corporations or other legal entities who are corporations which have a financial interest in the outcome of this case are listed below.

1. Jesus Lule
2. Melvin Williams
3. Scott H. Palmer, P.C.
4. Scott H. Palmer
5. James P. Roberts
6. Breanta Boss

Respectfully submitted,

*/s/ Scott H. Palmer*
SCOTT H. PALMER,
State Bar No. 00797196

*/s/ James P. Roberts*
JAMES P. ROBERTS,
State Bar No. 24105721

*/s/ Breanta Boss*
BREANTA BOSS
State Bar No. 74207

SCOTT H. PALMER, P.C.
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: 214.987.4100
Facsimile: 214.922.9900
scott@scottpalmerlaw.com
james@scottpalmerlaw.com
breanta@scottpalmerlaw.com

COUNSEL FOR PLAINTIFF