IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JESUS LULE,** *Plaintiff*, | § § § |
| v. | §  **CIVIL ACTION NO. 3:23-cv-950** § |
| **MELVIN WILLIAMS,** *Defendant.* | § § § |

### JOINT STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Jesus Lule, and Defendant, Melvin Williams, (jointly, the "Parties"), and file this Joint Status Report setting forth the status of negotiations pursuant to this Court's Scheduling Order (ECF 12), and would show the Court as follows:

The Parties are in the early stages of discussing a demand and counteroffer based off the facts and damages in this case.

Respectfully submitted,

**SCOTT H. PALMER, P.C.**

*/s/James P. Roberts*
JAMES P. ROBERTS
Texas Bar No. 24105721

Scott H. Palmer, P.C.
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: 214.987.4100
Facsimile: 214.922.9900
james@scottpalmerlaw.com

ATTORNEYS FOR PLAINTIFF

*/s/ Mark E. Goldstucker (w/ permission)*
**Mark E. Goldstucker**
State Bar of Texas No. 08104100

Email: mgoldstucker@gmail.com

Law Office of Mark E. Goldstucker
300 North Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: 972-479-1112
Fax: 972-479-1113

Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded to all counsel of record, in a manner authorized by Rule 5, of the Federal Rules of Civil Procedure, on January 16, 2024.

/s/*James P. Roberts*
James P. Roberts